# WILSON, ROBERTSON & CORNELIUS, P.C.
## ATTORNEYS & COUNSELORS

MATTHEW T. MILAM
mmilam@wilsonlawfirm.com

December 2, 2015



FILED IN COURT OF APPEALS
12th Court of Appeals District
DEC 02 2015
PAM ESTES CLERK

**Via Hand Delivery**
Court Clerk
Deputy Clerk, Twelfth Court of Appeals
1517 West Front Street, Suite 354
Tyler, Texas 75702

> Re:   Cause No. 12-15-00227-CV; *C. Aubrey Smith and James D. VanDeventer v. A.B.S.H., LLC,* Twelfth Court of Appeals

Dear Clerk:

Enclosed please find our firm's check in the amount of $10.00 in payment of the filing fee for the Unopposed Motion of Appellants For Extension of Time to File Brief. This motion was filed on December 1, 2015.

Should you have any questions regarding this letter, please feel free to contact me at 903-509-5006. Thank you for your attention to this matter.

Very truly yours,

MATTHEW T. MILAM

MTM/ms
Enclosure